■ ALVIN GALLANT et al., Respondents, v DONALD KANTERMAN et al., Defendants, and NORTH AMERICAN TRANSFER CO. et al., Appellants. ALVIN GALLANT et al., Respondents, v DONALD KANTERMAN et al., Defendants, and JEFFREY FURMAN, Appellant. ALVIN GALLANT et al., Respondents, v DONALD KANTERMAN et al., Defendants, and FEINBERG & FELZEN et al., Appel-

lants. [651 NYS2d 307] —Orders, Supreme Court, New York County (Alice Schlesinger, J.), entered July 3, 1996, and order, same court (William Davis, J.), entered March 19, 1996, unanimously affirmed for the reasons stated by Schlesinger, J. and Davis, J., respectively, with costs and disbursements. No opinion. Concur—Ellerin, J. P., Wallach, Kupferman, Nardelli and Tom, JJ.